United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No. 14-cv-00733-NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE ON SEPTEMBER 9, 2015**<br><br>Re: Dkt. No. 69 |

The Court has reviewed the parties' case management statement and does not see any disputed issues needing resolution at this time. *See* Dkt. No. 69. The Court is therefore inclined to vacate the case management conference scheduled for September 9, 2015. If any party wishes to have the case management conference on September 9, 2015, it is requested to notify the court deputy by September 8, 2015 at noon.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-00733-NC